No. A–816.  BULLOCK, SECRETARY OF STATE OF TEXAS *v.* WEISER ET AL.  D. C. N. D. Tex.  Motion of appellees to advance and expedite and to dispense with printing denied.

No. A–822.  THORBUS *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–838.  WOODSUM *v.* BOYD ET AL.  D. C. M. D. Fla.  Application for stay order presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. 69–5003.  FURMAN *v.* GEORGIA; and
No. 69–5030.  JACKSON *v.* GEORGIA.  Sup. Ct. Ga. [Certiorari granted, 403 U. S. 952.]  Motion of respondent for leave to file supplemental brief, after argument, granted.

No. 70–75.  MOOSE LODGE No. 107 *v.* IRVIS ET AL. Appeal from D. C. M. D. Pa.  [Probable jurisdiction postponed, 401 U. S. 992.]  Motion of the Attorney General of Pennsylvania for leave to participate in oral argument denied.

No. 70–5015.  ARGERSINGER *v.* HAMLIN, SHERIFF. Sup. Ct. Fla.  [Certiorari granted, 401 U. S. 908.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and a total of 20 minutes allotted for that purpose.

No. 70–5276.  MUREL ET AL. *v.* BALTIMORE CITY CRIMINAL COURT ET AL.  C. A. 4th Cir.  [Certiorari granted, 404 U. S. 999.]  Motion of petitioners for additional time for oral argument denied.  MR. JUSTICE STEWART is of the opinion that the motion should be granted.  Motion for additional counsel to argue on behalf of petitioners granted.